**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Cigna Healthcare of Texas, Inc., Connecticut General Life Insurance
                        Company and Cigna Health and Life  Insurance Company v. S J
                        Associated Pathologist, PLLC

Appellate case number:   01-20-00156-CV

Trial court case number:  2019-79138

Trial court:             190th District Court of Harris County

This interlocutory appeal was abated on March 26, 2020 because the underlying lawsuit had been removed to federal court. The United States Court of Appeals for the Fifth Circuit subsequently held that the federal court lacked subject-matter jurisdiction and ordered the case remanded back to state court. Accordingly, on August 4, 2020, the federal district court issued an order remanding the case back to state court.

Appellee, SJ Associated Pathologists, PLLC has filed an opposed motion requesting that this Court (1) lift the abatement, (2) refer enforcement of the temporary injunction order at issue in the appeal to the trial court, and (3) impose sanctions against Appellants and award appellee attorney's fees. Appellants filed a response in opposition to the motion and appellee filed a reply. Appellants then filed a motion for leave to file a sur-reply further opposing the motion.

Appellants' request to file a sur-reply is **DENIED**. Upon consideration of the pleadings, appellee's motion is **granted in part and denied in part**. Appellee's requests to lift the abatement and refer enforcement of the temporary inunction order to the trial court are **GRANTED**. Appellee's request for sanctions and attorney's fees are **DENIED**.

It is so ORDERED.


Judge's signature: ____/s/ Sarah B. Landau_____
                           Acting individually


Date:  ____October 6, 2020____